PER CURIAM.
Affirmed. Whitney v. State, Fla.App. 1966, 184 So.2d 207; Murray v. State, Fla.App.1966, 191 So.2d 292; Swindle v. State, Fla.App.1967, 202 So.2d 132; McKenzie v. State, Fla.App. 1967, 202 So.2d 578; Suarez v. State, Fla.App. 1969, 220 So.2d 442; Albright v. State, Fla.App. 1970, 239 So.2d 641; Cobbs v. State, Fla.App. 1970, 241 So.2d 178; Zide v. State, Fla.App.1971, 253 So.2d 917; Cooper v. State, Fla.App.1972, 261 So.2d 859.